IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY POWELL,  )
             )   2:10-cv-03116-GEB-KJN
      Plaintiff,  )
             )
   v.        )   <u>ORDER</u>
             )
FULTON-EL CAMINO RECREATION &  )
PARKS DISTRICT,  )
             )
      Defendant.  )
_____  )

The parties' stipulated dismissal in the document filed on October 25, 2011, requests dismissal of all Plaintiff's claims in case number 2:09-cv-03048 with prejudice. The referenced claims have been consolidated with the claims in case number 2:10-cv-3116, and at the time of consolidation case number 2:09-cv-03048 was closed. All claims in case number 2:09-cv-03048 are dismissed with prejudice.

Dated: October 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1