```
                  IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


JAY POWELL,                        )
                                   )   2:10-cv-03116-GEB-KJN
             Plaintiff,            )
                                   )
        v.                         )   ORDER
                                   )
FULTON-EL CAMINO RECREATION &      )
PARKS DISTRICT,                    )
                                   )
             Defendant.            )
_____   )
```

The parties' stipulated dismissal in the document filed on October 25, 2011, requests dismissal of all Plaintiff's claims in case number 2:09-cv-03048 with prejudice. The referenced claims have been consolidated with the claims in case number 2:10-cv-3116, and at the time of consolidation case number 2:09-cv-03048 was closed. All claims in case number 2:09-cv-03048 are dismissed with prejudice.

Dated: October 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1